CC·02G
Copy
Court

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 3 2025

JEFFREY P. COLWELL
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

(To be supplied by the court)

GREGORY D CROSBY, AIKIA #~~600~~ 05825045#
GREGORY D COSTBY
_____, Applicant,

v.
WARDEN ADX, Psychology ADX SERVICES And
Federal bureau of PRISONS.
_____, Respondent.
(Name of warden, superintendent, jailer, or other custodian)

*(Note: If you are attacking the validity of a state conviction or sentence and not the execution of
your sentence, you must file an application for a writ of habeas corpus pursuant to 28 U.S.C. §
2254. If you are attacking the validity of a judgment entered in a federal court, you must file a
motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.)*

---

**APPLICATION FOR A WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include only: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

**A.    APPLICANT INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address. Failure to keep a current address on file with the
court may result in dismissal of your case.*

GREGORY D Crosby, AKA GREGORY D Cosby
_____
(Applicant's name, prisoner identification number, and complete mailing address)

#05825045 PO box 8500 ADX, mAx
Florence, Colorado 81226-8500

DOC _____

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
✓ Other: *(Please explain)* INCENTIVES / PROGRAM / FSA
2018 Public 365 /
ADX PSYCHOLOGY

**B.     RESPONDENT INFORMATION**

WARDEN ADX / ADX PSYCHOLOGY DEPT / And
(Respondent's name and complete mailing address)
Federal Bureau of Prisons
BSSO State Hwy 67S FCCI Florence Colo
PO BOX 8500
81226-8500

**C.     STATEMENT OF CLAIMS**

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "C. STATEMENT OF CLAIMS."*

CLAIM ONE: Inadequate TREATMENT / PROGRAM PSYCHOLOGY DEPT
INCENTIVES / Itul TREATMENT FSA
Supporting facts: Incel PROGRAMMING PS A310.16

THIS complaint aRISED from THE Petitioner
NOT RECEIVING, Adequate treatment or NOT
Getting THE proper, INCENTIVES And Re-
WArds THROUGH THE FIRST STEP ACT As
TO PSYCHOLOGY participation, And
NOT, GETTING proper Rewards for IN
cell PROGRAMMING As well,

1/ Foot Note
The NCRO RhUB is located @
400 State AVE 8th FLOOR P/2
Tower II Courtway P/2
Kansas City KS 66101-2492
The REGION APPLICANT IS confined IN,

1  Attachment to Complaint SSi   PG 2 of 2

2  1) Pettitioner is a confined prisoner

3  located @ U.S Penitentiary. MAX

4  been confined here since 11-4-2016.

5

6  2) He HAVE Participate in FSA Psy

7  chology class And receive some

8  incentives And rewards; specific.

9  he complete A NK DAP PROGRAM That

10 Start on Sept 5. 2024 Ending Jan

11 9. 2025. He did receive A 30.00

12 reward on 2-10-25; This General

13 Complaint. Surround The Treat-

14 ment And Care of Inmates @

15 PS 5310.16 Psychology Dept.

16

17 3) Pettituner has did several in-cell

18 PROGRAMMING, BUT THE Timing of

19 his Rewards And incentives are

20 inadequate. He complete in cell

21 PROGRAMMING From Psychology

22 dealing with Health Anxiety

23 Emotional Self- Regulation which

24 is a FSA Class, but It That

25 A Playaway device That

26 The But offer, Psychology

27 Services, doesn't do Their

28 Weekly Rounds, in a Timing

Attachment To Complaint SS:    PG 3 of 3

1  manner. Some of the inceil program
2  mina may not be ISA classes,
3  but it still determine if the
4  inmate is programming.
5
6  4) Petitioner will also Alleged that
7  psychology services may take
8  up to (3-4) week in order to
9  pass out or issue incentives
10 or rewards, It has been time
11 Petitioner has not receive incen
12 tives at all; Incentives were
13 issue on 11/6/24 / 9-26-24 / 10/11/24.
14    But since that time he
15 have not receive his rewards
16 or incentives for complete
17 Assignment.
18
19 5) Petitioner made all of these
20 (claims) through Administrative
21 Remedy Program @ AIR#
22 1213438-R-1 It was exhausted
23 At Central on 2-21-25
24
25 6) ADX Psychology Dept Programming
26    is either inadequate in its
27 contents, or Inmate is not
28 being provide what he should Get.

Attachment To complaint SSI    Pg 4 of 4

1  7) Petitioner will also alleged That
2  in accordance to FSA Act as
3  defined for Psychology Dept
4  he is NOT Getting The adequate
5  Care. That he is suspose To
6  Get.
7  8) Petitioner believe That This
8  is a violation of The 8th
9  Amendment under The deliberate
10 Clause of USCA 8th Amend-
11 ment.
12 9) He seek That The Court enter
13 Appropriate relief, for The
14 relief, he seek as To Incentives
15 rewards programming under
16 The (FSA Act).
17 10) This Court is EMPowered To Grant
18 Such Relief.
19          ARGUMENT Authorities
20 The 8.arth Amendment requires That
21 mental health Care of incarcerated
22 People bo Governed in The Same
23 way As Physical health Care. See
24 Bowring vs Godwin 551 F2d @
25 44.47 (4th Cir 1977) The Bowring
26 Court developed a (3) Part test
27 To determine whether an in-
28 carcerated Person has a right To

Attachment to complaint's      Pg 5 of 5

1  1). The incarcerated person has the
2  Symptoms of a serious disease or
3  injury; that disease or injury can be
4  cured, or can be substantially improved
5  And; the likelihood of harm to the
6  incarcerated person (in terms of safety
7  And health including mental health is
8  substantial if treatment is delayed
9  or denial. See Riddle us Mondragon
10 83 f 3d @ 1197 (10th cir 1997) Here
11 the petitioner claims) deal with adequate
12 ato treatment. As stated in his
13 original complaint. He complete these
14 incell programming. Or FSA Psychology
15 Classes with Psychology, but doesn't
16 Get what he suppose to cont. However
17 he will state that in accordance to
18 law. The right to psychiatric treatment
19 is still limited to reasonable medical
20 cost And reasonable length of time
21 for treatment. Quote Bowing @
22 557 F3d @ 44  See also; Kosilek
23 vs. Maloney 221 f Suppzd 156
24 (D mass 2002). Here the petitioner
25 says that he Get all of his
26 incentives/ rewards, in accordance
27 to FSA Act And under the BOP
28 Psychology Policy 5310.16.

1. Attachment to Complaint SS'    Pg 6of6
2. CASE @ point here will deal Strickley
3. with the SOLE fact of the Petitioner
4. Participation in those Psychology
5. classes, whether if In cell or
6. Caroral. Recsiving what he is suppose
7. To Get under. FSA ACT as well
8. under PS 5310.16 Treatment And mental
9. Care for Inmates, The Respondents cont-
10. inue to violate the Petitioner Rights,
11. when those INCENTIVES Rewards
12. oR NOT Given to him. After he have
13. complete successful programs, These
14. ARe Constitutional rights Afforal To
15. The Petitioner. He believe he is enti-
16. led to Appropriate Relief.
17.              Conculsion ;
18. Petitioner. Seek That The Court issue
19. AN order directing The Respondents
20. To Show cause As To why, He
21. is not entitled to his Rewards or
22. INCENTIVES, oR Grant any other
23. Relief it may deem Appropriate.
24.            Respectfully submitted
25.            GREGORY D CROSBY
26.            AKA GREGORY D COSBY
27.            REG NO 05825045
28. Submitted on Feb 24th
             2025        , over-

**D.    PRIOR APPLICATIONS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal court in which you raised or could have raised the claim(s) raised in this action?  ___ Yes ✓ No (check one).

*If your answer is "Yes," complete this section of the form. If you have filed more than one prior application, use additional paper to provide the requested information for each prior application. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "D. PRIOR APPLICATIONS."*

Name and location of court:        U.S District Colordo

Case number:                       SEE ECF SYSTEM

Type of proceeding:                2241 Habeus Denttion

List the claim(s) raised:          Not dealing with
                                   Psychology BA issues.

Date and result: (Attach a copy of   See ECF Systems
the decision if available)         Fukall pettion

Result on appeal, if appealed:

**E.    ADMINISTRATIVE REMEDIES**

*WARNING: You must exhaust administrative and/or state remedies before filing an action in federal court pursuant to 28 U.S.C. § 2241. Your case may be dismissed if you have not exhausted administrative and/or state remedies. If additional space is needed to explain exhaustion, use extra paper to do so. Please indicate that additional paper is attached and label the additional pages regarding exhaustion as "E. ADMINISTRATIVE REMEDIES."*

Explain the steps you have taken to exhaust administrative and/or state remedies:

Administrative Remedy
AR NO

121 34138- F.1          All
121 3438- 12- 1         exthausted
121 34138- A.1          As of 2-21-25

**F.     REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

That The Court issue A order
To with habeas should not be Granted
for FDA Psychology Records Concentrates
And That The Petitioner lost what
he is entitled to Per The law And
Any other relief It may deem
Just An proper.

**G.     APPLICANT'S SIGNATURE**

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this application: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

_____
(Applicant's signature)

2-24-25
_____
(Date)

February, 2025

(Form Revised December 2017)

4

To Joffery V. Colwel, Clerk
United States District Court
District of Colorado
Rm A 105  901-19th ST
Denver, Colorado 80294

Re' Crosby Gregory D vs
WARDEN ADX
ADX PSYCHOLOGY DEPT And
Federal Bureau of PRISONS,
Respondents

2-24-25

Subi: Filing of NEW Action
2241 Habeus And IFP

Dear Clerk,
    Enclosed is the orginal (sic)
copies of 2241 Habeus And IFP
MoTion(s). Please Notify me
of Case Number and Filing
dates. Once Again Thank you
for your ASSISTance
                    Respectfully,
                    Gregory D Crosby
            Counsel Pro SE



*2.19 Affixal and postage*

PURPLE HEART   FOREVER USA
PURPLE HEART   FOREVER USA
FOREVER USA

Denver, CO P&DC 802-ZIP
THU 27 FEB 2025 AM

To: Jeffery P. Colwell, Clerk
United States District Court
District of Colorado
Alfred A. Arraj U.S. Cthse
Room A-105 901-19TH ST.
Denver, Colorado 80294-
3589

AAI PROSECUTORS DEPT

Greenland Doc Mosby
#K Cos/y 05-875-47
Unit C/ DG- 208
recomplex
recomplex & 0003-
Pobox 6000-
Florence Colorado 81226-

Afrai Special Response
Sheriff Special Response
Appointment
contestant
Relocation

# Certificate of Mailing & Declaration of Mail/Box/Mailing

I Undersigned Under 28 USC 1746
Penalty of Perjury I Affixed
Said postages And place in
Any Legal Mail per 5265.14
Correspondence dated on

**FEB 24. 2025**

the contents are uncensored and
Mail U.S. via Mail.

FEDERAL PRISON CAMP
P.O. BOX [illegible]
FLORENCE, COLORADO 81226

**DATE:** _____

"SPECIAL/LEGAL MAIL"
_____

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a question
or a problem over which this facility has jurisdiction, you may
wish to return the material for further information or clarification
If the writer encloses correspondence for forwarding to another
addressee, please return the enclosed to the above address.

FEB 25 2025